**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

JUL 2 0 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 11 CR 50051 |
| v. ) | |
| ) | Violation: Title 29, United |
| WILLIAM E. KIDDELL ) | States Code, Section 439(c) |

The UNITED STATES ATTORNEY charges:

1. At times material to this Information:

   a. United Auto Workers Local 592 was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, *et seq.*, and was required to file an annual financial report with the Secretary of Labor.

   b. Defendant WILLIAM E. KIDDELL was the Financial Secretary/Treasurer of the United Auto Workers Local 592 and signed the annual financial report for fiscal years ending on December 31, 2007 and December 31, 2008.

2. Between March 2007 and June 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

WILLIAM E. KIDDELL,

defendant herein, did willfully make false entries in records required to be kept by Section 436 of Title 29, United States Code, namely, disbursement vouchers, which vouchers are records on matters required to be reported in the annual financial report of United Auto

Workers Local 592 which was required to be filed with the Secretary of Labor for such labor organization's fiscal years ending on December 31, 2007, December 31, 2008, and December 31, 2009;

In violation of Title 29, United States Code, Section 439(c).

*Scott Verseman for the*
UNITED STATES ATTORNEY